■ JUSTIN M. MASSEY, Appellant, v JOHN D. MONETTE, Respondent. [887 NYS2d 925]—Appeal from an order of the Supreme Court, Onondaga County (James P. Murphy, J.), entered September 22, 2008 in a personal injury action. The order granted the motion of defendant for summary judgment and denied the cross motion of plaintiff for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.